IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FELIX LUGO,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4685

Opinion filed February 25, 2015.

Petition for Writ of Certiorari.

Michael Ufferman, of Michael Ufferman Law Firm, P.A., Tallahassee, for Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.